# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130841 & (26)(27)

CITY OF ROCHESTER HILLS,
   Plaintiff-Appellee,

v

PATRICK J. FISHER,
   Defendant-Appellant.

SC: 130841
COA: 268164
Oakland CC: 2005-008371-AR
52-3 DC: 04-010637

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is also DENIED.

KELLY, J., would remand this case to the district court with instructions to vacate the fine imposed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

_____
Clerk

d0517